IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 10-105
)
RICHARD WILLIAMS )

## ARRAIGNMENT PLEA

Defendant RICHARD WILLIAMS being arraigned, pleads _Guilty_ in open Court this _7th_ day of _July_, 20_10_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)