IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.    Criminal No. 10-105

Richard Williams

## UNSECURED APPEARANCE BOND AFTER INFORMATION

WHEREAS, the United States Attorney for the Western District of Pennsylvania did on June 8, 2010, file an Information against said ∆ Richard Williams for having violated 21 U.S.C. §846 as by reference to the said information now on file and of record in this Court will more fully and at large appear;

AND WHEREAS, the said ∆ Richard Williams has been brought before the said District Court, to answer the information aforesaid;

AND WHEREAS, the said District Court thereupon ordered the said ∆ Richard Williams to post bond in the sum of ($25,000) Twenty-Five Thousand Dollars; and that in default of such bail, said ∆ Richard Williams should stand committed for trial.

NOW THEREFORE, I the undersigned, acknowledge that I and my personal representatives are bound to pay to the United States of America the sum of Twenty-Five Thousand Dollars ($25,000.00). The conditions of this bond are that if

the defendant does not depart the jurisdiction of the Court without leave, except as authorized below;

_Travel Permitted in Middle and Western Districts of Pennsylvania_

personally appears at the District Court of the United States for the Western District of Pennsylvania on such day or days hereafter as said District Court may order; does at all times ~~render himself amenable to the orders and process of the Court to~~ answer all such matters and things as shall be objected against him, and if convicted does appear for judgment and render himself in execution thereof upon such day as the said District Court may order, then this Recognizance will be void, otherwise to remain in full force and virtue.

I acknowledge receipt of a separate list of counties comprising the jurisdiction of United States District Court for the Western District of Pennsylvania.

I understand that if I violate any condition of my release, a warrant for my arrest will issue immediately. After arrest, the terms and conditions of any further release will be redetermined.

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation or release, an order of

detention, as provided in 18 U.S.C. §3148, and a prosecution for failure to appear while released as provided in 18 U.S.C. §3146, and a charge of contempt, as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment and/or fine.

The Commission of any offense while on pretrial release will result in an additional sentence, upon conviction for such offense, to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C §1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable up to ten years in jail and $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as

Case 2:10-cr-00105-GD   Document 12   Filed 07/06/10   Page 4 of 7

required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant may be fined not more than $250,000 or imprisoned not more than ten years, or both;

(2) any other offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant may be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant may be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant may be fined not more than $100,000 or imprisoned not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

And further, I do hereby empower any Attorney of any Court of Record within the Commonwealth of Pennsylvania or elsewhere to appear for me and, with or without one or more declarations filed, confess judgment against me and in favor of the United States of America for the above sum with costs of suit, and release of all errors and without stay of execution, inquisition and extension upon any levy of personal property or real estate is hereby waived and condemnation agreed to, and the exemption of ~~personal property from levy and sale on any execution herein is~~ also expressly waived and no benefit of exemption shall be claimed under and by virtue of any exemption law now in force or which may be hereafter passed.

In full understanding of the methods and conditions of my release and the penalties and forfeiture applicable in the event I violate any condition or fail to appear as required, and agreeing to comply fully with each of the obligations imposed on my release and to notify the magistrate judge or Court promptly in the event I change the address indicated below, I execute this bond this 6th day of July, 2010, at Pittsburgh, PA.

_Richard Williams_
(Name of defendant)

7

Signed and acknowledged before me this ____6th____ day of ____July____, 20_10_.

_____Kristie Wolff_____
(Deputy Clerk)

Exceptions, if any are hereby approved:

_____[signature]_____
Assistant U.S. Attorney

COUNTIES IN THE COMMONWEALTH OF PENNSYLVANIA WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- ALLEGHENY
- ARMSTRONG
- BEAVER
- BEDFORD
- BLAIR
- BUTLER
- CAMBRIA
- CLARION
- CLEARFIELD
- CRAWFORD
- ELK
- ERIE
- FAYETTE
- FOREST
- GREENE
- INDIANA
- JEFFERSON
- LAWRENCE
- MCKEAN
- MERCER
- SOMERSET
- VENANGO
- WARREN
- WASHINGTON
- WESTMORELAND