IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA


United States of America        )
                                )
        vs.                     )        Criminal Number 10-105-001
                                )
RICHARD WILLIAMS                )


   The above named defendant satisfied the judgment of FEBRUARY 24, 2011
by paying on NOVEMBER 09, 2011 the full balance due on his/her court ordered:


              __X____Assessment
              _____Fine
              _____ Costs
              _____other


   The Court's docket and judgment index should be marked to reflect
satisfaction of the judgment.


_____       11-10-11
Deputy Clerk                            Date